# UNITED STATES DISTRICT COURT
# FOR THE DITRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Cause No. 1:21-cr-00739 JDB |
| v. | ) |
| JONAS BUXTON, | ) |
| Defendant. | ) |

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW Defendant, Jonas Buxton, by and through counsel John Schleiffarth, and moves this Honorable Court to continue the Sentencing Hearing currently set in this matter for November 10, 2022 at 2:00pm. Counsel for Defendant is recovering from spinal surgery Defendant states further:

1. Mr. Buxton entered a guilty plea on August 10, 2022 to one count of Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G).

2. Mr. Buxton's case is currently set for Sentencing on November 10, 2022 at 2:00pm.

3. Counsel for Defendant recently underwent a spinal surgery for which significant recovery time has been required. Counsel is still recovering. His recovery has limited preparation for sentencing delayed the post-plea interview of defendant by the government.

4. Defendant respectfully requests that his Sentencing Hearing be continued approximately one months in order to give Defendant and his counsel adequate time to prepare under the circumstances.

5. Defendant's counsel has conferred with Assistant United States Attorney Anthony

Franks who is not opposed to the continuance request.

WHEREFORE, Defendant moves this Honorable Court to continue his Sentencing Hearing approximately one month to provide adequate time for preparation.

                Respectfully Submitted,

                JOHN C. SCHLEIFFARTH, P.C.

                By: /s/ John C. Schleiffarth
                  John C. Schleiffarth, # 63222MO
                  John C. Schleiffarth, P.C.
                  75 W. Lockwood Ave, Ste 250
                  St. Louis, MO 63119
                  T: (314) 561-9690
                  F: (314) 596-0658
                  E: john@jcsattorney.com
                  Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2022, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties in interest including the Assistant United States Attorney Anthony L. Franks.

                /s/ John C. Schleiffarth