Cindy Baier
Saint Charles, Mo 63303
November 21, 2022

The Honorable John D. Bates
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

RE: Jonas Buxton

Dear Judge Bates,

Dear Judge Bates,

I am writing you on behalf of my son Jonas Buxton. Since you don't know my son I appreciate this opportunity to share with you Jonas's true character. When Jonas was a little boy, family, friends and even strangers who met him for the first time where impressed by his disciplined and respectful nature. Even today, everywhere we go, people make comments about what a wonderfully respectful young man I raised. He makes me proud and joyful always. And it is true, Jonas exemplifies respectfulness, self-discipline, perseverance, intelligence and above all, kindness to everyone. Jonas has never in his life sought to hurt others or the property of others but rather the opposite by standing up for what is right. He has always been loved by his family, friends, teachers and even makes quick friends with new acquaintances. Jonas has never been in trouble with the law of any kind.

Jonas is a friend to all. Growing up, our home was continually filled with many of his classmates throughout the years, playing games, jumping on the trampoline, and just good wholesome fun. Even his teachers always place Jonas around those who needed a good role model. By his senior year his peers nominated him, "Mr. Timberland" , a title given to the best well rounded classmate.

He went on to college and developed the first Drone Team for the Science and Technology Engineering University in Missouri. Jonas literally brought Missouri into a highly competitive engineering competition as one of the only states to make it to finals.
During his college career while managing the Drone Team he acquired his degree in Quantum Physics. It didn't take the University long to recognize that Jonas is a great speaker as well. The University's staff often asked Jonas to speak at functions where the Mayor and other importance officials were present. They all admired Jonas and complimented him on his outstanding achievements and social etiquette. Jonas also counseled a college classmate talking him out of suicide and took precautionary measures to help preserve his life; they remain friends today.

After college Jonas took an entrepreneur direction, specifically with drone technologies. When the pandemic hit, Jonas joined forces with others to begin a business for a mask and sanitizer store where he was interviewed on the local news networks to help educated people on how the products could help reduce the risk of infection. Jonas is also a part business owner with a company called "Z-Pods", which are beds designed to help reduce the stress for children with Autism. Jonas is and has always been involved with helping to improve people's lives. His quick learning, overall knowledge and due diligence was especially helpful to his step dad and I as we began a new business.

Jonas believes whole heartedly in the law of the land and wants liberty and justice for all. He has always honored our great country, our law enforcement and our military. In recent years he has volunteered his time to serve our veterans and their families. He has the utmost respect for those that serve. Jonas has great wisdom for a young man, but he realizes under the circumstances that even the wise can be deceived and he will be much more careful in his future with discernment.

Recently he stood with honor at his best friend's wedding as the best man. They've known each other since childhood. Many people enjoy being around Jonas because of his kindness, sincerity, and upstanding nature. He is loved and adored by both young and old.

This is why it pains me to hear of the charges being brought against Jonas. I can only ask that you take in consideration these truths and offer the most lenient decision possible for his case. I know my son better than anyone and while these circumstances are strange and confusing to us, many people including myself know that Jonas is a virtuous young man who has a great deal to offer others and offer society. Jonas is a law-abiding young man who only wants to live a tranquil life with the blessings of liberty, for himself and for his family and friends.

Very Sincerely,

Cindy Baier

Cindy Baier

Jason Buxton
907 Valley Oaks Court
Wentzville, MO 63385

November 20, 2022

The Honorable John D. Bates
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

RE: Jonas Buxton

Dear Judge Bates,

I am writing to support my son, Jonas Buxton. Obviously I am biased by my love for him, but I do want to share the basis of the deep respect I have for him and his character. Circumstances beyond my control prevented me from being close to him for the majority of his adolescence. I did my best to participate and contribute, however, and I can tell you that there was never a moment in which my pride for Jonas faltered.

Jonas is intelligent, as evidenced by his scholastic career. He is loyal, as evidenced by the enduring bond of friendship he shares with people from as far back as high school. Jonas is articulate, compassionate and respectful - I have seen him at ease in interactions with people of wildly varying backgrounds. He has repeatedly proven himself to be a leader, whether establishing Missouri S&T's first drone club or co-founding a technology startup while in college. Jonas is an excellent communicator, a trait that was pointed out by teachers early in his high school academic career, and later confirmed by venture capital donors during many attempts at securing funding for his startup.

I have watched Jonas' character develop from a greater distance than I would have preferred. Jonas often had to shoulder more responsibility than was reasonable for his age. Even so, he muscled through. My only lament is that I can take little credit for the man he has become. I can tell you that at each moment of adversity, I have seen Jonas struggle, adapt, and grow. This includes the matter you are adjudicating.

Jonas demonstrated a lack of judgment on January 6. He committed a crime and needs to be held accountable. I ask that you please consider probation, which I believe is warranted if you consider his prior record (limited to traffic violations) and his behavior during this process. His choices produced a wide range of consequences beyond the immediate legal ones, affecting both his personal and professional life. Some might be tempted to fall into an attitude of bitter, angry resentment at the world.

Jonas has recognized his mistake, and made the choice to be a respectful participant in the resultant legal process. He has also accepted the personal and professional consequences, opting to avoid their distraction in pursuit of his personal goals. This has not been an easy process for him - again, there has been struggle - but I have seen him grow as a result. What I have observed of Jonas during this experience tells me that a sentence of probation would be an effective punishment for the crime he committed.

Very Sincerely,

Jason Buxton

Richard A. Farrar
116 Quailhaven
Fenton, MO. 63026

THE HONORABLE JOHN D. BATES
U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NORTH WEST
WASHINGTON, D.C. 2001

RE: JONAS BUXTON

DEAR JUDGE BATES

I AM WRITING THIS LETTER OF SUPPORT OF JONAS BUXTON. I WOULD LIKE TO EXPRESS MY THOUGHTS AND FEELINGS ABOUT THE CHARACTER OF THIS YOUNG MAN, WHOM I RESPECT AND ADMIRER. JONAS IS A LOVING, CARING, HARDWORKING PERSON WHO WOULD NEVER DO HARM TO ANYONE AND WOULD NEVER DAMAGE ANYONES PROPERTY. HE IS ALLWAYS THOUGHTFUL, TRUSTWORTHY AND PASSIONATE ABOUT DOING HIS VERY BEST IN LIFE AND FOR OTHERS.

WE HAVE BEEN SURPRISED AND HURT BY THE CHARGES BROUGHT AGAINT HIM. JONAS ALSO HAS BEEN VERY UPSET AND SADDENED BY THESE CHARGES AGAINST HIM. ITS NOT OF HIS CARACTER TO HAVE A BAD MARK OF ANY KIND ASSOCATED WITH HIS PERSON. JONAS HAS ALWAYS CODUCTED HIMSELF AS A WELL BALANCED, IN TELEGENT AND GOOD CITIZEN.

JONAS UNDERSTANDS THE IMPORTANCE OF THIS CASE AND HAS CONDUCTED HIMSELF ACCORDINGLY WITH REMORSE AND HUMBLING FOR HIS ACTIONS.

I HAVE KNOWN JONAS SINCE HE WAS BORN. HE COMES FROM A VERY GOOD HOME WITH CARING, NURTURING PARENTS.

I AM ASKING FOR THE LENIENCY FROM YOUR COURT FOR JONAS, A YOUNG MAN WHO HAS ALWAYS BEEN A GOOD CITIZEN.

VERY SINCERELY
Richard Farrar

Carol S. Rogers
214 Spring Ridge Drive
Bloomington, IL 61704

November 16, 2022

The Honorable John D. Bates
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

RE: Jonas Buxton
Dear Judge Bates,

I am writing in support of my great-nephew, Jonas Buxton. As a family member, I have had the pleasure to be with Jonas on both happy and sad occasions. Jonas is diligent, respectful, and of a strong moral character.

Jonas demonstrated his diligence as a great student. He chose a difficult subject matter (Quantum Physics) and excelled in it. His commitment to his chosen field included extra-curricular endeavors which won much acclaim for him and his alma mater. It is obvious that he is goal oriented.

Jonas comes from a very large, loving family. We have annual reunions that last a few days, so I have witnessed his abilities to relate to all ages, from the very young to the elderly. He is a loving family man; always willing to join in when there is work to do. Jonas' communication skills are exceptional. It is a delight to be with him.

Jonas has always been respectful of authority. He is a valuable and productive citizen and much loved by all who know him. I am asking for your leniency in this case.

Sincerely,

Carol S. Rogers

Darren Rogers
3 Raspberry Road
Bloomington, IL 61704

November 18, 2022

The Honorable John D. Bates
US District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

RE: Jonas Buxton

Dear Judge Bates,

Jonas is my cousin's son. Not sure how to classify that relationship. I see Jonas primarily on holidays when family gets together.

My experience with Jonas is that he is a very conscientious young man. I'm an owner of several businesses myself, and I see a very strong entrepreneurial future for Jonas. He is very courteous, and respects adults. He is also extremely calm, with a laid-back personality.

I'm not going to comment on the events of January 6, or whether I believe Jonas violated any laws. I just wanted to provide a perspective on Jonas as a person, and as a citizen. Please consider probation for Jonas.

Thank you.

Darren Rogers

Logan J. Thomure
2660 Quarter Ln
Owens Cross Roads, AL 35763

November 10th, 2022

The Honorable John D. Bates
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

RE: Jonas Buxton

Dear Judge Bates,

Writing this letter in support of Jonas's character feels unnatural, as his character stands out among all who have ever met him. From the ages of 15 to 25, I have seen just about anything that has come to form the man Jonas is today. He and I have had the benefit of working together academically and professionally as colleagues, which has led into a friendship. Through professional work it is obvious leadership, patience, and understanding are how he is capable of accomplishing his goals, but they do not exist in his work alone. Attributes like these are how he finds himself staying morally correct and how he has bettered the lives of others around him, by living them in his everyday life.

If there is anything that Jonas has taught me, it is that improving the world starts with a commitment to bettering yourself. His commitment to his goals have brought him to earn every achievement in his life, even when he finds himself challenged by a herd mentality. I first noticed Jonas's ability to stay true to his morals when I heard he quit a Fraternity he had planned to join with a childhood friend. The empty promise of 'self-respecting values' hid itself in the pleasures of parties and a social life, which he saw right through. He understood how fraternity life could be a path for some, but he wasn't able to put up with how unaccepting these members were to those who did not agree with their ways. This was particularly relevant when he mentioned he would not drink until he was 21 years of age, a promise he would keep true. He understood that these were simply people having their own fun and not leaders. The purpose of college for Jonas was to challenge himself to be the best person he could be for our world. This required him to focus early, and stay self motivated.

Jonas has had more self-started projects than anybody I've met, and it is because of one of them that I have gotten to know him so well. His desire for these projects don't come from his passions alone, but from his desire to prove that anybody can live a fulfilling life while pursuing their dreams. I've been able to notice this primarily through the aerial robotics team we created at our university, which has helped hundreds of students realize what is possible with hard work

November 17, 2022

The Honorable John D. Bates
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

RE: Mr. Jonas Buxton

Dear Judge Bates:

I have been made aware of serious Federal charges brought against my close friend, and colleague, Mr. Jonas Buxton. Upon learning of these charges, my initial response was nothing short of immense surprise, immediately followed by many questions as to "who", "what", "when", "where", "why", and "how."

I have known Mr. Buxton since 2019 when he was enrolled at Missouri S&T University, majoring in engineering, and was completing his final year of schooling. The first time he and I met was following his presentation of a medical-related device that he was developing, and searching for initial investors to assist in brining that product to fruition. Subsequently, we have worked directly on various business-related projects ranging from the marketing and sales of consumer electronics, and during the COVID pandemic, the sourcing and sales of Personal Protective Equipment (PPE) that was in such high demand across the country. I have learned over the past few years that Mr. Buxton is incredibly smart, intuitive, and possesses a truly heart-felt passion for helping others.

While much has been made as to the events that occurred on the U.S. Capital Mall, and around, and in, the U.S. Capital building, on 6 January 2021, it is imperative that, while I have the utmost respect for the Judiciary, the rule of law remain intact, and that ALL facts regarding the events of that day be meticulously laid out and reviewed without prejudice.

No one is exempt in the making of mistakes along life's journey; they are what make humans wonderfully unique among all living things. That said, it does not absolve us from taking responsibility for our actions, and accepting the appropriate consequences for them – both life-long events that continually shape our individual character, and garners the respect of our peers.

I respectfully ask of the court that, after all facts have been brought to light, and reviewed, and as it deliberates as to any punishment that "may" be deemed as necessary to the charges-brought, it takes into consideration the information provided in this letter of support on behalf of Mr. Buxton.

Respectfully,

Andrew T. Limbaugh
St. Louis, Missouri

and dedication. It was not the technical expertise alone that led to the success of the team. His compassion for anyone willing to give their time to learn and become involved shows his open acceptance of others. This resulted in many people of diverse backgrounds to find themselves drawn to working with him. Nobody needed to be an expert to join because the true purpose of the team was to learn and gather skills. As the team grew, Jonas's compassion grew too. He slowly mastered balancing the ideas of the many into the best compromise while being considerate to all of the members. He always encouraged students to pursue their own thoughts without completely guiding them to his own solution. Regardless of our competition results, Jonas found ways to ensure every member understood how important their actions were through the year. He found ways for all members, including himself, to realize how important their lives were. For Jonas, this team was never about robotics, it was about proving that teamwork and motivation will always be self rewarding.

Everyone is responsible for their actions and the facts of this case must be considered. I trust that you separate all of your cases from the prejudices that surround them. Events that transpired and intentions of individuals are diverse and shouldn't define all of those involved in any trial. Jonas has lived a life of hard work and dedication to bettering the world. Not every event in his life has been perfect, but he has grown from this case just like he has grown from everything else in his life. Sadly this case began with many false accusations that have caused premature judgment on him from many sources. It is unfortunate how many people refuse to hear the individual story of someone who has always listened to others. I honestly believe the lightest sentence would still allow for proper rehabilitation for events of this trial. After the events of January 6th, while unaware of the facts of this case, I decided to converse with Jonas about my frustrations with the division in our country. With the same respect I've shown of him in this paper, he listened to what I had to say. We came to a common ground of disappointment for the actions that occurred on that day.

Facets of his work in the robotics team are simply his personality traits. Due to the nature of this case, it is important to specify Jonas does not surround himself with only those who share all of his political beliefs, yet still finds himself as both the professional and personal reference for so many different people in his life. This includes myself. Beyond the implications that Jonas is an outstanding leader and caring friend, it is important to see what these values have created throughout his life. Jonas Buxton has helped show that Americans can come together to solve any problem we may face as a country.

Sincerely,

Logan Thomure

The Honorable John D. Bates
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

RE: Jonas Buxton

Dear Judge Bates,

I am writing in support of Jonas Buxton as I believe I can vouch for his good character. I have known Jonas for several years. Since our first encounter I have found Jonas personable, respectful and in general an enjoyable personality to be around. As a board member of the Joshua Chamberlain Society, a severely wounded veterans' charity, I have worked alongside Jonas as he volunteers and attends our own fundraising events. He is easy to work with and makes a good impression on those around him. In fact, seeing him around my 27-year-old daughter and her friends, I have heard parents of my daughter's girlfriends mention what a good "fix up" Jonas might be for their own daughters. If that is not a testimony to his demeanor and kindness, I don't know what could be.

I have heard the charges against Jonas, and I frankly believe they are not appropriate or consistent with Jonas' character and what I know of the man. Jonas is a patriot and his involvement in activities in Washington DC on January 6th or any other time, was strictly to exercise his rights to be heard and believe he can make a difference in making our country better. He would never seek out destruction of property or harm to individuals.

If anything positive has come out of this experience it would be Jonas' understanding of what can happen by simply being in proximity to activities by others than might be unlawful or associating with anyone who does not share his level of integrity, values and beliefs.

As previously mentioned, my primary association with Jonas has been through the Joshua Chamberlain Society and that association has led to our friendship. I travel the entire United States regularly in with my healthcare business and have been doing so for 35 years. Point being, I am a good judge of character and know Jonas is a good citizen and brings up those around him. I have seen him interact with our adopted are heroes and he is a positive influence.

I would respectfully ask for a sentence of probation for Jonas. If it has been determined that there are actions for which Jonas must be held accountable, I would say the experience he has had to this point in dealing with this complex situation has been more punishing, personally and financially. His current understanding of the circumstance that caused him to end up here has been a valuable education. Jonas has a great deal to offer to others and it would be great to see him get to move on and continue to live the kind of life that we would want from all in our society; concerned, thoughtful and law-abiding.

Very Sincerely,

Charles Hildebrand

Joshua Chamberlain Society Board Member

Jeffrey Wade
205 Pike St.
Saint Charles, MO 63301

November 22, 2022

The Honorable John D. Bates
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

RE: Jonas Buxton

Dear Judge Bates,

I am writing to you because of my full support for Jonas Buxton. I have employed Jonas for 2 years and he has been my best worker and has also been my hardest worker. He always shows up to work on time and is the last to leave. His character is top notch, always thinking about others before himself. If someone needed help, Jonas would be the first to step up to help without asking for anything in return.

I remember his coworker, Sharon, was moving back to Taiwan and alone packing and moving her furniture. She was the type to never ask for help, always doing things on her own. Without hesitation, Jonas showed up at her apartment that weekend to help her pack and move heavy furniture. He spent hours of his own time to make sure that she had the help she needed. He didn't ask for gratitude or compensation. This is the type of character that Jonas displays.

I understand the charges against Jonas. As most young men his age, he made a mistake, and he knows it. In his mind, he was participating in a peaceful demonstration, and his decision to use the bathroom in the Capital building has proved to be costly. His intent was not to harm anyone or participate in the destruction of property. While this case has been pending, Jonas has been full of remorse. Although it has added tremendous stress to his life, I have seen a positive change with him. His outlook in life is more focused on career rather than politics. He thinks more about making a positive impact through charity and education and spends hours absorbing knowledge to make him a better person.

Jonas is college educated and a notably law-abiding citizen with a bright future. I am asking that you please consider a sentence of probation, or less, for Jonas. Throughout these past 12 months of this taxing legal process, he has learned his lesson and will take it with him in life as he moves forward with the intent to make a positive impact in society.

Very Sincerely,

Jeff Wade

Jeff Wade