# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cr-00739 JDB |
| | ) |
| JONAS BUXTON, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Comes now, Defendant, Jonas Buxton, by counsel, and respectfully requests that his supplement to the presentence report containing private financial and personal information be filed under seal. Counsel has conferred with Assistant United States Attorney Anthony Franks who is not opposed to the sealing request.

Respectfully submitted,

JOHN C. SCHLEIFFARTH, P.C.

*/s/ John C. Schleiffarth*
JOHN C. SCHLEIFFARTH (#63222MO)
Attorney for Defendant
John C. Schleiffarth, P.C.
75 West Lockwood Avenue, Ste. 250
St. Louis, Missouri 63119
(314) 561-9690 Phone
(314) 596-0658 Fax
john@jcsattorney.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system and by email to include Assistant United States Attorney Anthony Franks.

                                     */s/ John C. Schleiffarth*
                                     John C. Schleiffarth