Blake Seppelt
O'Fallon, MO

November 29, 2022

The Honorable John D. Bates
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

RE: Jonas Buxton

Dear Judge Bates,

  I am writing this in support of my best friend Jonas Buxton. If I may, I would like to share my own personal perception of who Jonas is as a person. Over the last twelve or so years that I have had the privilege of knowing Jonas as my best friend, this man has exemplified leadership, stewardship, compassion, and empathy across several areas of life.

  Whether he is founding design teams, establishing startup businesses, or mentoring his friends/colleagues, Jonas has always given it his all with the intent of growing and leaving things as a net benefit. He surrounds himself with like minded individuals who have the same aspirations and lead by example.

  I am aware of the charges against Jonas and am greatly saddened by them. Jonas has conducted himself in the highest regards while this case has been ongoing. He has focused on his career, family, and personal overall health/growth as an individual.

  There are several fond memories I have of Jonas, many of which speak to his character as an upstanding citizen and friend, but here are a couple…

  My second year at Missouri University of Science and Technology was not going well. I had exhausted campus resources in an attempt to bring my grades up. Jonas would work with me for hours on my course work in spite of his own obligations to see me succeed. He also had connections with good people that he was able to put me in contact with.
  There are countless times that he has used his talents to help me with carpentry as well as engineering tasks for the design team that he founded through campus. Many people look up to him for his humble demeanor in spite of his great knowledge of leading teams to success.

  In spite of the charges before him, I ask that you would please consider at most probation for Jonas. He has much to offer for his friends, family and society as a whole, and I am honored and proud that he was the best man at my wedding. I understand that there are repercussions for one's actions. Jonas has intrinsically been one to abide by rules/laws that are set and seeks an honest life. Please sentence with a sense of leniency.

                            Very Sincerely,
                            Blake Seppelt

Aaron Owens
2405 Calder Court
Columbia Missouri 65201

October 24, 2022

The Honorable John D. Bates
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

RE: Jonas Buxton

Dear Judge Bates,

    I am writing to you in support of Jonas Buxton. I have known Jonas for the better part of a decade and I wanted to share with you my own insights about the character of a man of whom I have great respect and appreciation. Jonas is a caring, thoughtful, and hardworking person. He is passionate about his community and has never sought to hurt others or the property of others. Jonas is driven and introspective. Often is engaged in how to make the world a better place.

    I understand the charges against Jonas. I was shocked and saddened by them…

    Jonas has made important changes in his understanding while this case has been pending. He is actively avoiding associating with others on any level who do not share his values and the standard of conduct he believes in.

    Jonas has always been a good citizen. Jonas has always been an influence for good in the lives of others. Back in Highschool Jonas was an active member of Track and Field. During the season he encourages others to train hard and do their best. Even after becoming injured Jonas showed up to practices to cheer on his teammates and to influence them to excellence. When I was working on my Eagle Scout project Jonas was one of the few people who volunteered their time to help me with my project. Between his reliability and experience with power tools his presents took a great deal of stress off the project. A few years ago he joined me on a small trip to Florida to see our friend Micheal get married. Even after Micheal moved several years prior Jonas stayed in touch and was dedicated enough to celebrate his friend's marriage.

    Please give Jonas a sentence of probation. Jonas is a good person who has a lot to offer the world. I understand that he needs to be held accountable. I understand he made a mistake. Jonas understands he made a mistake. Jonas is a good person who wants to improve the lives of his friends, neighbors, and community. Please Judges Bates give leniency to Jonas Buxton.

Very Sincerely,

*Aaron Owens*

Kenneth W. Harris, 1630 Country Hill Ln Manchester, MO 63021

November 27, 2022

The Honorable John D. Bates
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

RE: Jonas Buxton

Dear Judge Bates,

    The sentiments contained in this letter are mine and mine alone. They do not reflect views of the Department of Defense, U.S. Army, or the U.S. Army Reserves. To the extent that I reference any of the prior named organizations is only to establish a historical record of events, as my interactions with Jonas were in the execution of my military duties and so were when I was able to make my observations and assessments.

    On February 28th, 2022 in my role as an Officer and Technology Scout for the 75th Innovation Command, United States Army Reserves I attended a meeting with Gary Kellmann and Jonas Buxton of Crypto World and Z-pods to learn more about Blockchain and Sleep Therapy as they might relate to Army innovation priorities. During that meeting Jonas became the lead with regards to the technology-intel-transfer that I later communicated up my chain of command. Jonas demonstrated what I believe is his sincere and heartfelt desire to serve his nation and to help US Service Members who might be suffering with combat related sleep issues. Jonas lent his time and expertise with no expectation of compensation. Jonas further left the door open to serve his nation by providing subject matter expertise at any further junction that he be called upon. It is my sincere assessment that Jonas loves the United States of America, our Constitution, and all the institutions and individuals that defend them.

    Later in our meeting I became aware of the circumstances that Jonas is being sentenced for. I was quite surprised given the love-for-country that he'd demonstrated in our meeting. That love may have been misdirected in the passions of the moment on January 6, 2021. I can only think back to my younger years when my lack of life experiences could have set the conditions for momentary lapses in judgement that could have resulted in significant consequences. I'm sure that's an exercise that most of us can execute with empathy at the least. Jonas expressed his lamentation of the events that transpired. I understand that his decisions and the judicial processes following have come at great relative financial and emotional expense to Jonas and his family. I would not expect that he'd make a similar decision in the future.

    I do not know all things about Jonas, but I do know that he's quite intelligent and believe sincerely that he loves the United States of America. He has much to offer his community and nation and seems eager to do so. I humbly urge you to extend as much mercy as possible in order to afford him that opportunity, and so that his community and nation may be the benefactors.

With Great Respect,

*[signature]*